# United States Navy–Marine Corps Court of Criminal Appeals

**UNITED STATES**

        *Appellee*

    **v.**

**Christian T. WILLIS**
**Electronics Technician (Nuclear)**
**Third Class (E-4)**
**U.S. Navy**

        *Appellant*

---

**NMCCA NO. 202100127**

**Panel 3**

**ORDER**

*Granting Appellant's Motion
to Withdraw Case from
Appellate Review*

---

Upon consideration of Appellant's Motion to Withdraw Case from Appellate Review, filed on 6 October 2021, we have determined that Appellant's request was properly executed and submitted, and is in substantial compliance with Article 61, Uniform Code of Military Justice, 10 U.S.C. § 861, and Rule for Courts-Martial 1115.

Accordingly, it is, by the Court, this 7th day of October 2021,

**ORDERED:**

(1) That Appellant's Motion to Withdraw Appellate Review is **GRANTED**.

(2) That the record of trial is returned to the Judge Advocate General for appropriate disposition.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

Copy to:
45 (LCDR Austria)
46
02